# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                November 4, 2015
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No. **15-cv-01053-RPM**           Counsel:

**NATIONAL UNION FIRE INSURANCE**              Jonathan T. Viner
**COMPANY OF PITTSBURGH, PA.**,

    Plaintiff,

v.

**DISH NETWORK, LLC**,                         Lee M. Epstein

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING:** Defendant's Motion to Dismiss This Action [ECF Doc. No. 11], filed June 26, 2015

**9:54 a.m.**     **Court in session.**

        Court calls case.

        Appearances of counsel.

        Defendant's Motion to Dismiss This Action [ECF Doc. No. 11], filed June 26, 2015, is raised for argument.

10:03 a.m.     Argument by Defendant by Mr. Epstein.

10:19 a.m.     Argument by Plaintiff by Mr. Viner.

10:34 a.m.     Argument by Defendant by Mr. Epstein.

**ORDERED:** Defendant's Motion to Dismiss This Action [ECF Doc. No. 11], filed June 26, 2015, is **DENIED.**

**ORDERED:** Plaintiff shall file an amended complaint by **Wednesday, December 2, 2015.**

**10:39 a.m.     Court in recess.  Hearing concluded.**
**Total time:  45 minutes.**