IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01053-RPM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,

    Plaintiff,

v.

DISH NETWORK, LLC,

    Defendant.

_____

## STAY ORDER
_____

Upon consideration of the Joint Motion to Stay filed today [Doc. 24], it is

ORDERED the further proceedings in this civil action are stayed until the entry of a final judgment in the underlying lawsuit in the United States District Court of the Central District of Illinois.


DATED: February 4, 2016

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge